Robert B. Zelms, Arizona Bar No. 018956
  *rbz@manningllp.com*
Chrisanne Gultz, Arizona Bar No. 034482
  *cxg@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Defendant American Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Iris Weiss and Nathan Weiss, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> American Airlines, Inc., a Delaware Corporation, <br><br> Defendant. | Civil Action No.: <br><br> **NOTICE OF REMOVAL** <br><br> (Arizona Superior Court, Maricopa County Case No. CV2019-090233) |

Pursuant to 28 U.S.C. §§1332(a), 1441(a), 1446 and the applicable Local Rules of the District of Arizona, Defendant American Airlines, Inc. ("American Airlines"), hereby removes the above-captioned civil action from the Superior Court in and for Maricopa County, State of Arizona, to the United States District Court for the District of Arizona. In support thereof, American Airlines states as follows:

1. On or about March 25, 2019, Plaintiffs, Iris Weiss and Nathan Weiss

4832-7579-8933.1

1

("Plaintiffs"), filed an Amended Complaint in the Superior Court in and for Maricopa County, State of Arizona, against American Airlines. American Airlines was served by Process Server with the Summons and Complaint on or about March 28, 2019. American Airlines filed its Answer on April 17, 2019.

2. In accordance with the procedure set forth in 28 U.S.C. §1446(a), a copy of the Amended Complaint served upon American Airlines in the state court action is attached hereto as **Exhibit A**. A copy of the Answer is attached as **Exhibit B**.

3. This Notice of Removal is timely filed in accordance with 28 U.S.C. §§1441(b) and 1446.

4. Plaintiffs are individuals who claim to be residents of Maricopa County, Arizona. (Complaint, ¶1).

5. American Airlines is a Delaware corporation with its principal place of business in Fort Worth, Texas.

7. Therefore, for purposes of removal jurisdiction, Plaintiffs are citizens of Arizona, and American Airlines is a citizen of Delaware and a citizen of Texas. Thus, complete diversity of citizenship exists between Plaintiffs and Defendant.

8. Plaintiffs' Complaint does not allege a damages amount, but on April 29, 2019, counsel for Plaintiffs indicated that Plaintiffs seek at least $135,000 in medical expenses. **Exhibit C.**

9. As authorized by 28 U.S.C. §1441, removal is based on the district court's original jurisdiction under 28 U.S.C. §1332, because diversity of citizenship between the parties exist and the amount in controversy exceeds Seventy-Five Thousand Dollars

($75,000.00) not including interest and attorneys' fees.

10. The undersigned has served the notice of the removal of this action on Plaintiff by serving Plaintiff's counsel with this notice of removal and by filing a copy of this notice of removal with the Superior Court in and for Maricopa County, Arizona.

11. True copies of all process, pleadings and orders which have been served or filed in this case are attached hereto and filed herewith as **Exhibit D.**

12. As this action asserts a claim between diverse parties for an amount greater than the jurisdictional threshold, the requirements of 28 U.S.C. §1332 have been satisfied and removal to this Court is proper.

**WHEREFORE**, Defendant American Airlines, Inc. respectfully requests that this case be entered upon the docket of the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§1441 and 1446.

RESPECTFULLY SUBMITTED this 22nd day of May, 2019.

        **MANNING & KASS**
        **ELLROD, RAMIREZ, TRESTER LLP**

By:    */s/ Robert B. Zelms*
      Robert B. Zelms
      Chrisanne M. Gultz
      *Attorneys for Defendant American Airlines, Inc.*

. . .
. . .

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participant:

Robert L. Greer
Law Offices of Riggs Ellsworth & Porter, PLC
1423 South Higley Road, Suite 113
Mesa, Arizona 85206-3449
rlgreer@riggslaw.com
*Attorneys for Plaintiffs*

By: */s/ Lupe A. Chavez*